■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD F. (ANONYMOUS), Appellant.—Appeal by defendant, as limited by his brief, from a sentence of the Supreme Court, Queens County, imposed June 25, 1974, upon his adjudication as a youthful offender, upon his plea of guilty to the crime of robbery in the third degree, the sentence being a reformatory period of imprisonment. Sentence affirmed. The sentence imposed was valid and in accordance with the controlling provision of law then in effect (see CPL 720.25). Latham, Acting P. J., Margett, Damiani, Titone and Hawkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v EDNA FERRAZZANO et al., Respondents.—Appeal by the People from an order of the Supreme Court, Kings County, dated November 12, 1975, which, after a hearing, granted the branch of defendants' motion which sought to suppress physical evidence. Order affirmed. We agree with the trial court's conclusion that, on the facts found by it, the observations of the investigator, acting on the basis of information received anonymously by someone in his office 10 days before, did not have probable cause to seize the packages (see *People v Vassallo,* 46 AD2d 781; *People v Bruno,* 45 AD2d 1025; *People v Rizzo,* 47 AD2d 468; *People v Pepitone,* 48 AD2d 135). Martuscello, Acting P. J., Rabin, Shapiro, Titone and Hawkins, JJ., concur.